### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, | § § § § | CIVIL ACTION NO.  6:16-CV-01243-RWS |
| **Plaintiff,** | § § | |
| LABORERS' LOCAL 235 BENEFIT FUNDS, | § § § § | CIVIL ACTION NO.  6:16-CV-01391-RWS |
| **Plaintiff,** | § § | |
| WINSTON KIM, | § § | CIVIL ACTION NO.  6:17-CV-00150-RWS |
| **Plaintiff,** | § § | |
| SASCHA TROLL, | § § | CIVIL ACTION NO.  6:17-CV-00241-RWS |
| **Plaintiff,** v. | § § § | |
| ADEPTUS HEALTH INC. *et al.*, | § § § | |
| **Defendants.** | § § | |

### <u>ORDER</u>

In light of Defendant Adeptus Health Inc.'s ("Adeptus") Notice of Bankruptcy Filing

(Docket No. 47 is Case No. 6:16-cv-1243),[1] it is

**ORDERED** that all claims against Adeptus are **STAYED**; and

**ORDERED** that these actions shall proceed against the remaining Defendants.  It is further

---

[1] *See also* Docket No. 12 in Case No. 6:16-cv-1391 (Notice of Bankruptcy Filing), Docket No. 14 in Case No. 6:17-cv-150 (same) and Docket No. 4 in Case No. 6:17-cv-241 (dismissing Adeptus as Defendant).

**ORDERED** that the parties shall appear before the Court at **1:30 p.m.** on **Monday, June 5, 2017** in **Texarkana, Texas** for a status conference and motions hearing.  The Court will hear arguments with respect to motions to consolidate and to transfer venue.

**SIGNED this 11th day of May, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE